**Motion Granted; Order filed June 29, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00025-CR
_____

**MARCUS DURAN CARSWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 17-090-CR**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion requesting to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 25th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **July 14, 2021;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justice Zimmerer and Hassan.